**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| J. OTERO,[1]<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY,[2]<br><br>Defendant. | No. 26cv6709 (EP)<br><br>**MEMORANDUM ORDER** |

**PADIN, District Judge.**

**THIS MATTER** comes before the Court upon Plaintiff J. Otero's application to proceed *in forma pauperis* ("IFP"). D.E. 1-1 ("IFP Application"). Having reviewed the IFP Application, the Court finds that Plaintiff has demonstrated an inability to pay the filing fee under 28 U.S.C. § 1915(a)(1). Plaintiff reports no employment income, limited assets, and reliance on public assistance to meet her monthly expenses.

Accordingly,

**IT IS**, on this **13th** day of November, 2026,

**ORDERED** that Plaintiff's IFP Application, D.E. 1-1, is **GRANTED**; and it is further

**ORDERED** that the Clerk of Court shall file Plaintiff's Complaint, D.E. 1, without

---

[1] To protect the privacy interests of plaintiffs in social security cases, the Court adopts the recommendation of the Judicial Conference of the United States to refer to plaintiffs in social security cases by their first name and last initial. *Veronica D. v. Comm'r of Soc. Sec.*, No. 24-1326, 2025 WL 2665313, at *8 (M.D. Pa. Sept. 17, 2025).

[2] Frank Bisignano was sworn in as Commissioner of Social Security on May 7, 2025. Accordingly, Commissioner Bisignano has been substituted as the Defendant in this action pursuant to Federal Rule of Civil Procedure 25(d). *See* Fed. R. Civ. P. 25(d).

prepayment of the filing fee; and it is further

**ORDERED** that the Clerk of Court shall provide notice of this action to the Commissioner of Social Security by transmitting a Notice of Electronic Filing to the appropriate office within the Social Security Administration's Office of General Counsel and to the United States Attorney for the District of New Jersey, pursuant to Rule 3 of the Supplemental Rules for Social Security Actions Under 42 U.S.C. § 405(g); and it is finally

**ORDERED** that the Commissioner shall respond to the Complaint within **sixty days** of receiving notice of this action, pursuant to Rule 4 of the Supplemental Rules.



Evelyn Padin, U.S.D.J.